UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br>Plaintiff,<br>v.<br>PATRICK EATON, *et al.*,<br>Defendants. | Case No. 1:26-cv-01368-CDB (PC)<br>ORDER PROVIDING STATUS OF CASE<br>(Doc. 12) |

Plaintiff Adam Jay Stone ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. Defendants have not been served or otherwise appeared in this action. On April 9, 2026, the Court granted Plaintiff's motion for leave to file a first amended complaint ("FAC"). (Doc. 9). On April 20, 2026, Plaintiff filed the FAC as his operative pleading. (Doc. 11).

On September 24, 2026, Plaintiff filed a document titled, "Request For Status Update." (Doc. 12).

The Court previously advised Plaintiff in an order granting his motion for leave to file a FAC that his pleading has not yet been screened by the Court and that the Court will screen the pleading "in due course." (Doc. 9 at 4). The undersigned regrets the case management delays that are inevitable in the Eastern District of California given its judicial resource emergency that

has persisted for more than a decade.[1] Most recently, the District has shouldered one of the largest volumes of immigration habeas corpus petitions in the nation, with more than 5,000 new petitions filed already in 2026, representing a 400% increase compared to all of 2025, and an over 13,000% increase from all of 2024.

Plaintiff is advised that the FAC will be screened as soon as is practicable given the Court's tremendous workload.

Accordingly, for the above-stated reasons, Plaintiff's motion for status (Doc. 12) is GRANTED as set forth above.

IT IS SO ORDERED.

Dated: **September 28, 2026**

UNITED STATES MAGISTRATE JUDGE

[1] Eastern District of California Judicial Emergency, *accessible at* https://www.caed.uscourts.gov/caednew/index.cfm/news/judicial-emergency/ (last visited September 28, 2026).